IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSEPH T. HAYES, M.D. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| AMERICAN INTERNATIONAL | : | |
| GROUP, et al. | : | NO. 09-2874 |

ORDER

AND NOW, this 18th day of May, 2011, IT IS HEREBY ORDERED that the Clerk shall place the attached motion on the docket of this case.  IT IS FURTHER ORDERED that the plaintiff's motion is DENIED.  Although the Court appreciates the plaintiff's arguments, it has already considered this issue at length, and relies on its prior reasoning to deny this motion.

BY THE COURT:

/s/ Mary A. McLaughlin

MARY A. McLAUGHLIN, J.