IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSEPH T. HAYES | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| AMERICAN INTERNATIONAL | : | |
| GROUP, et al. | : | NO. 09-2874 |

## **ORDER**

AND NOW, this 8th     day of November 2012, upon consideration of the motions filed at Docs. 179, 186, 196 and 204, and all responses and replies thereto, it is HEREBY ORDERED as follows:

1. Defendant U.S. Life's motion to enforce court order and sanctions (Doc. 179) is DENIED;

2. Plaintiff's cross-motion for sanctions (Doc. 196) is DENIED;

3. Plaintiff's motion for reconsideration of a prior motion seeking to compel Defendants to explain and/or justify their correspondence with certain agencies of the State of New Jersey (Doc. 186) is DENIED; and

4. Plaintiff's motion to extend time to complete discovery (Doc. 204) is DENIED.

BY THE COURT:

/s/ Elizabeth T. Hey

_____
ELIZABETH T. HEY
UNITED STATES MAGISTRATE JUDGE



11