IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH T. HAYES | : CIVIL ACTION |
| v. | : |
| AMERICAN INTERNATIONAL GROUP, et al. | : NO. 09-2874 |

## ORDER

AND NOW, this 25th day of February 2013, upon consideration of Plaintiff's motion requesting an adjustment to the remainder of his deposition (Doc. 182) and the response of Defendant Disability Reinsurance Management Services, Inc. (Doc. 188), and following an evidentiary hearing held on February 11, 2013, it is HEREBY ORDERED that Plaintiff's motion is GRANTED IN PART AND DENIED IN PART. The motion is granted to the extent that Plaintiff's fourteen hours of additional deposition time shall occur in two-hour increments over the course of seven days to be set forth by separate Order. The deposition shall take place in my courtroom and under my direct supervision, and Plaintiff will be free to sit or stand and take breaks as requested. The motion is denied in all other respects.

BY THE COURT:

/s/ ELIZABETH T. HEY

ELIZABETH T. HEY
UNITED STATES MAGISTRATE JUDGE