```
-----------------------------------------------------------x
JOSEPH T. HAYES, M.D.,                      :  UNITED STATES DISTRICT COURT
                                            :  EASTERN DISTRICT OF PENNSYLVANIA
                Plaintiff,                  :
                                            :
        v.                                  :  CIVIL ACTION - LAW
                                            :
                                            :  CASE NO.: 09-2874 (MAM)(ETH)
AMERICAN INTERNATIONAL GROUP                :
                                            :
and                                         :
                                            :
THE UNITED STATES LIFE INSURANCE            :
COMPANY IN THE CITY OF NEW YORK             :
                                            :
and                                         :
                                            :
DISABILITY REINSURANCE                      :
MANAGEMENT SERVICES, INC.,                  :
                                            :
                Defendants.                 :
                                            :
-----------------------------------------------------------x
```

**FILED**
APR 29 2013
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

### STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DISABILITY REINSURANCE MANAGEMENT SERVICES, INC. ONLY

IT IS HEREBY STIPULATED AND AGREED, by and between plaintiff, Joseph T. Hayes, M.D. and defendant, Disability Reinsurance Management Services, Inc. ("Disability RMS"), pursuant to Rule 41(a)(1)(B) of the Federal Rules of Civil Procedure, that the within action shall be, and the same hereby is, dismissed in its entirety as against Disability RMS <u>only</u> with respect to all claims, with prejudice, and without costs and/or attorneys' fees as to Disability RMS only.

JOSEPH T. HAYES, M.D., *pro se*

By:_____[signature]_____
    Joseph T. Hayes, M.D.

4/19/13

McELROY, DEUTSCH, MULVANEY
& CARPENTER LLP
Attorneys for Defendant,
Disability Reinsurance Management Services, Inc.

By:_____[signature]_____
    Randi F. Knepper, Esq.

SO ORDERED: _____[signature]_____
                4-29-13