IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSEPH T. HAYES | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| AMERICAN INTERNATIONAL | : | |
| GROUP, et al. | : | NO. 09-2874 |

# **ORDER**

AND NOW, this 2nd day of May 2013, upon consideration of pro se Plaintiff's motion for a protective order (Doc. 247), "emergency motion for relief seeking reconsideration . . . and sanctions" (Doc. 250), and "emergency motion for protection and reconsideration" (Doc. 256), and all responses filed thereto, it is HEREBY ORDERED as follows:

1. Plaintiff's motion for a protective order (Doc. 247) has been previously addressed by Order dated April 3, 2013 (see Doc. 255), and in any event concerns his deposition which is now complete. Therefore, the motion is DENIED AS MOOT.
2. Plaintiff's "emergency motion for relief seeking reconsideration . . . and sanctions" (Doc. 250) is DENIED AS MOOT to the extent it relates to Plaintiff's deposition and/or Defendant DRMS, and DENIED in all other respects.
3. Plaintiff's "emergency motion for protection and reconsideration" (Doc. 256) is DENIED AS MOOT to the extent it relates to Plaintiff's deposition and/or Defendant DRMS, and DENIED in all other respects.
4. Defendant U.S. Life's request for fees (Doc. 267) is DENIED.

BY THE COURT:

/s/ELIZABETH T. HEY

_____

ELIZABETH T. HEY
UNITED STATES MAGISTRATE JUDGE