IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSEPH T. HAYES | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| AMERICAN INTERNATIONAL | : | |
| GROUP, et al. | : | NO. 09-2874 |

## ORDER

AND NOW, this 3rd day of June 2013, upon consideration of Defendant's motion for discovery (Doc. 277), pro se Plaintiff's response thereto (Doc. 280), Defendant's reply (Doc. 281), and Plaintiff's sur-reply (Doc. 282), it is HEREBY ORDERED that the motion is GRANTED IN PART AND DENIED IN PART.

The motion is GRANTED as to Plaintiff's 2006 appointment book and Plaintiff's attorney's records of amounts billed to and/or paid to them by Plaintiff from 2007 to the present.

The motion is DENIED AS MOOT as to Plaintiff's 2005 appointment book and it is DENIED as to the records of Dr. Javier.

IT IS FURTHER ORDERED that Plaintiff shall provide all relevant documents within two weeks of the date of this Order, or on or before June 17, 2013.

BY THE COURT:

/s/ELIZABETH T. HEY

_____
ELIZABETH T. HEY
UNITED STATES MAGISTRATE JUDGE