IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSEPH T. HAYES | : | CIVIL ACTION |
| v. | : | |
| AMERICAN INTERNATIONAL GROUP, et al. | : | NO. 09-2874 |

## **ORDER**

AND NOW, this 23rd day of September 2013, upon consideration of pro se Plaintiff's motion to end discovery and for trial date (Doc. 287), Defendant U.S. Life's response thereto (Doc. 288), Plaintiff's reply (Doc. 289), and Defendant's sur-reply (Doc. 290), it is HEREBY ORDERED that the motion is DENIED.

IT IS FURTHER ORDERED that pro se Plaintiff and counsel for U.S. Life shall participate in a telephone conference with the undersigned **on Monday, October 7, 2013, at 9:00 a.m.** for the purpose of determining the status of unresolved discovery, if any, and discussing the time which the parties anticipate for pre-trial motions and for trial.

BY THE COURT:

/s/ELIZABETH T. HEY

_____
ELIZABETH T. HEY
UNITED STATES MAGISTRATE JUDGE