IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
JOSEPH T. HAYES                  :    CIVIL ACTION
                                 :
        v.                       :
                                 :
AMERICAN INTERNATIONAL GROUP,    :
et al.                           :    NO. 09-2874
```

ORDER

AND NOW, this 11th day of September, 2014, in light of the Court's order dated today approving and adopting the Report and Recommendation of Magistrate Judge Elizabeth T. Hey, IT IS HEREBY ORDERED that the parties shall advise the Court on or before September 25, 2014, as to how they wish to proceed in this case.

BY THE COURT:


/s/ Mary A. McLaughlin___
MARY A. McLAUGHLIN, J.